**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| James Norman, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Dan Wrolstad, et. al. | ) | |
| | ) | Case No. 1:06-cv-010 |
| Defendants. | ) | |

The trial scheduled for August 13, 2007, is cancelled as is the final pretrial conference scheduled for August 3, 2007. The court will reschedule the trial and final pretrial conference as necessary at dates yet to be determined.  The court, pursuant to its discussions with the parties during the conference on May 18, 2007, is suspending the Plaintiff's deadline for filing a response to the Defendants' pending motion for Summary Judgment.  Once the court has addressed the Plaintiff's myriad of discovery requests, it shall advise him when his response to the Defendants' motion is due.

**IT IS SO ORDERED.**

Dated this 7th day of June, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge