**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| James Norman, | ) | |
| | ) | |
| Plaintiff, | ) | **SUPPLEMENTAL ORDER RE** |
| | ) | **CROSS MOTIONS FOR** |
| vs. | ) | **SUMMARY JUDGMENT** |
| | ) | |
| Dan Wrolstad, et. al., | ) | |
| | ) | Case No. 1:06-cv-010 |
| Defendants. | ) | |

Pursuant to the court's order (Docket No.101) of February 7, 2008, it is further **ORDERED** that the defendant's motion for summary judgment of dismissal (Docket No. 60) is **GRANTED** in part as to defendants Branson, Jorgenson, and Sullivan. These defendants are entitled to a judgment of dismissal of the complaint on the merits and also on the grounds that they are entitled to qualified immunity.

Dated this 19th day of February, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court