**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| James Norman, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER (AMENDED)** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dan Wrolstad, et. al., | ) | |
| | ) | Case No. 1:06-cv-010 |
| Defendants. | ) | |

_____

The court conducted a status conference with the parties via telephone conference call on April 4, 2008. Attorney Bill Peterson appeared on the Defendants' behalf. Attorney Paul Sanderson appeared on Plaintiff's behalf. Plaintiff also participated in the telephone conference.

The primary focus of the status conference was to address resolution of Defendants' motion for summary judgment as it pertained to Defendant Dan Wrolstad ("Wrolstad"). Pursuant to the parties' discussions, the court **ORDERS** that Plaintiff will have until April 25, 2008, to supplement the record with respect to his claims against Wrolstad. Thereafter, Defendants shall have seven (7) days respond to any supplemental materials Plaintiff may file but may request additional time if necessary.

**IT IS SO ORDERED.**

Dated this 4th day of April, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court