**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| James Norman, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER DENYING DALE BURKE'S MOTION** |
| vs. | ) | **TO INTERVENE** |
| | ) | |
| Dan Wrolstad, et. al. | ) | |
| | ) | Case No. 1:06-cv-010 |
| Defendants. | ) | |

_____

Dale Burke's motion (Doc. No. 130) to intervene as a hostile witness is summarily **DENIED**. Among other things, Burke lacks standing to intervene in the above action. It is up to the parties to determine whether or not Burke should be called as witness.

**IT IS SO ORDERED.**

Date this 14th day of July, 2008.

/s/ *Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court